<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

The Hoopskirt Lofts Condominium : 
Association : 
     : 
        v. : Nos. 15-18 C.D. 2016
     : Nos. 157-160 C.D. 2016
Vamsidhar Vurimindi and Ann Boris : 
     : 
Appeal of: Vamsidhar Vurimindi : 

**<u>PER CURIAM</u>**                 **O R D E R**

      NOW, December 4, 2017, having considered appellant's application for reargument, the application is denied.